```
 1  JOSEPH P. RUSSONIELLO (SBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 3  NEILL T. TSENG (SBN 220348)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, 9th Floor
 5      San Francisco, California 94102-3495
        Telephone:  (415) 436-7155
 6      Facsimile:  (415) 436-6748
        Email:      neill.tseng@usdoj.gov
 7
    Attorneys for Defendant
 8  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| OLLIE DUNLAP, III, | ) No. C 08-05412 EMC |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO DISMISS COMPLAINT WITHOUT PREJUDICE; [PROPOSED] ORDER |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

Parties stipulate to the following, subject to the approval of the Court:

WHEREAS, on June 6, 2008, plaintiff Ollie Dunlap, III, filed a medical malpractice complaint in the San Francisco County Superior Court seeking damages from Philip A. Starr, M.D. ("Dr. Starr"), and Nader Sanai, M.D. ("Dr. Sanai") for negligence;

WHEREAS, on August 26, 2008, plaintiff filed an administrative claim with the United States Department of Veterans Affairs concerning the incidents alleged in the complaint in this action;

WHEREAS, on December 2, 2008, the state court action was removed to federal court;

WHEREAS, on December 5, 2008, the United States was substituted as the party defendant for Dr. Starr and Dr. Sanai pursuant to 28 U.S.C. § 2679(d);

WHEREAS, the complaint in this action is premature pursuant to 28 U.S.C. § 2675(a)

STIPULATION TO DISMISS COMPLAINT WITHOUT PREJUDICE; [PROPOSED] ORDER
C 08-05412 EMC
1

because the administrative claim has not been finally denied in writing and six months have not passed since its filing;

THEREFORE, Plaintiff's complaint in this action is hereby dismissed without prejudice, so that Plaintiff may pursue administrative remedies under the Federal Tort Claims Act. The parties agree that this dismissal is without prejudice to Plaintiff's refiling this action after Plaintiff has properly exhausted said administrative remedies.

DATED: December 10, 2008

ROBERT E. BREECKER
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 12/11/08

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Federal Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 12/17/08

HON. EDWARD
United States

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION TO DISMISS COMPLAINT WITHOUT PREJUDICE; [PROPOSED] ORDER
C 08-05412 EMC
2